# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| The Cincinnati Insurance Company, an Ohio corporation, | ) ) ) |
| Plaintiff, | ) **ORDER RE ADMISSION** |
| | ) **PRO HAC VICE** |
| vs. | ) ) |
| B & B Paving, Inc., d/b/a D & B Dirtworks, Michael Baumgartner, Nancy Baumgartner, | ) ) ) Case No. 1-16-cv-340 |
| Defendants. | ) ) |

Before the court is a motion for attorney Erica Del Aguila to appear *pro hac vice* on the Plaintiff's behalf. In accordance with D.N.D. Gen. L.R. 1.3(D), attorney Del Aguila has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. Attorney Del Aguila has also paid the required admission fees to the office of the Clerk. Accordingly, the current motion (Docket No. 26) is **GRANTED**. Attorney Del Aguila is admitted to practice before this court in the above-entitled action on behalf of the Plaintiff.

**IT IS SO ORDERED.**

Dated this 29th day of December, 2016.

　　　　　　　　　　　　　　　　　　　　*/s/ Charles S. Miller, Jr.*
　　　　　　　　　　　　　　　　　　　　Charles S. Miller, Jr.
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge